FILED
CLERK, U.S. DISTRICT COURT
JUN 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

Priority ✗
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| EDWARD THOMAS,<br><br>    Petitioner,<br><br>  v.<br><br>T. FELKER, Warden,<br><br>    Respondent. | NO. CV 07-625 R (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: June 16, 2008

_____
MANUEL L. REAL
United States District Judge